IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CR-00302-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| KENN DICKENSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for an extension of the pretrial motion deadline. For good cause shown,

**IT IS ORDERED** that the motion (#15) is granted, as follows:

1. The deadline for filing pretrial motions is extended from September 15, 2010 to **September 30, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **September 15, 2010 and September 30, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Defendant shall file an affidavit or declaration regarding speedy trial, in compliance with NECrimR 12.1(a), as soon as is practicable.

**DATED September 15, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**